# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-3365
LT Case No. 2018-CF-2151

_____

GLENN ALAN CHIARILLI,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.850 appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Glenn Alan Chiarilli, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J.
Koller, Assistant Attorney General, Daytona Beach, for Appellee.

January 9, 2024

PER CURIAM.

 AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____